# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HILTON KARRIEM MINCY,** | : | CIVIL ACTION NO. 1:08-CV-0066 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **SUPERINTENDENT EDWARD KLEM, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 13th day of October, 2009, upon consideration of defendants' motion for an extension of time (Doc. 24) in which to file a statement of material facts in support of their motion for summary judgment, it is hereby ORDERED that the motion is GRANTED. Defendants shall file their statement of material facts, along with the supporting brief, within fifteen days of the filing of the motion for summary judgment. See L.R. 7.6.

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge