# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HILTON KARRIEM MINCY,** | : | CIVIL ACTION NO. 1:08-CV-0066 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **SUPERINTENDENT EDWARD KLEM, et al.,** | : | |
| **Defendants** | : | |

## AMENDED SCHEDULING ORDER

AND NOW, this 16th day of February, 2010, upon consideration of defendants' motion to stay the proceedings and for an enlargement of time to file dispositive motions (Doc. 32), and plaintiff's motion for an extension of time to complete discovery (Doc. 37), it is hereby ORDERED that:

1. Defendants' motion (Doc. 32) is GRANTED to the extent that the dispositive motions deadline will be extended as set forth below. The motion is DENIED inasmuch as defendants seek to stay the proceedings.

2. Plaintiff's motion (Doc. 37) is GRANTED. The discovery period is extended as set forth below.

3. The pre-trial schedule in the above-captioned case shall be as follows:

    a. Discovery shall be completed on or before April 16, 2010.

    b. Dispositive motions shall be filed on or before May 7, 2010. Defendants' motion for summary judgment (Doc. 23) is DEEMED withdrawn without prejudice to re-file the motion in accordance with the new dispositive motions deadline. The Clerk of Court shall TERMINATE this motion.

      c.      Scheduling of a final pre-trial conference and the trial date of this matter is deferred pending disposition of any dispositive motions.

4. Any motions or briefs filed after the expiration of the applicable deadline without prior leave of court shall be stricken from the record.

5. No extensions of the pre-trial schedule shall be granted absent good cause. See FED. R. CIV. P. 16(b)


       S/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      United States District Judge