# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HILTON KARRIEM MINCY,** | : CIVIL ACTION NO. 1:08-CV-0066 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **SUPERINTENDENT EDWARD KLEM, et al.,** | : |
| **Defendants** | : |

## ORDER

AND NOW, this day of 16th February, 2010, upon consideration of plaintiff's motion to compel (Doc. 39) defendants "to give accurate answers to request for admissions," and it appearing from defendants' brief in opposition (Doc. 44) and "defendants' supplemental and amended responses to plaintiff's request for admissions" (Doc. 44-3) annexed to defendants' brief, that defendants have cured the defects of which plaintiff complained in his motion, it is hereby ORDERED that plaintiff's motion to compel (Doc. 39) is DENIED.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge